Gregory P. Wong, CA Bar No. 204502
ADEPT EMPLOYMENT LAW, APC
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90012
Telephone: (213) 505-6283
Facsimile: (213) 947-4584
Email: greg.wong@adeptemploymentlaw.com

Attorneys for Plaintiff
Enrique B. Roque

Michael J. Sexton, CA Bar No. 153435
michael.sexton@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ENRIQUE B. ROQUE, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation.<br><br>Defendant. | Case No. 2:17-CV-02464 PA (RAOx)<br><br>Assigned to:<br>Percy Anderson, District Judge<br>Rozella A. Oliver, Magistrate Judge<br>ORDER ON<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently with [Proposed] Order*]<br><br>Complaint Filed: March 30, 2016<br>Trial Date: April 3, 2018 |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Enrique B. Roque and Defendant Home Depot U.S.A., Inc., through their respective counsel, hereby stipulate as follows:

1) All claims in the above-entitled action are dismissed in their entirety with prejudice.
2) Each party is to be its own fees and costs.

**IT IS SO STIPULATED.**

DATED: December 13, 2017    ADEPT EMPLOYMENT LAW, APC

By: /s/ GREGORY P. WONG
Gregory P. Wong
Attorneys for Plaintiff Enrique B. Roque

DATED: December 13, 2017    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ MICHAEL J. Sexton
Michael J. Sexton
Attorneys for Defendant HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

DATED: December 13, 2017

_____
UNITED STATES DISTRICT JUDGE